# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| CMS CONTRACT MANAGEMENT SERVICES ET AL., ) | | |
| ) | | |
| Plaintiffs, ) | No. 12-852C (and consolidated cases) | |
| v. ) | | |
| ) | | |
| THE UNITED STATES, ) | Judge Thomas C. Wheeler | |
| ) | | |
| Defendant, ) | | |
| and ) | | |
| ) | | |
| MASSACHUSETTS HOUSING FINANCE AGENCY, ) | | |
| ) | | |

## NATIONAL COUNCIL OF STATE HOUSING AGENCIES
## MOTION FOR LEAVE TO FILE REPLY BRIEF AS *AMICUS CURIAE*

The National Council of State Housing Agencies ("NCSHA") hereby respectfully moves for leave to file a brief as *amicus curiae* replying to Plaintiffs' responses and cross-motions for judgment on the administrative record. On January 24, 2013, NCSHA moved for leave to participate in the above-captioned protests. On January 29, 2013, Plaintiffs filed oppositions to NCSHA's motion for leave to participate. In accordance with the Court's January 24, 2013 Order, NCSHA will file its reply to Plaintiffs' oppositions on January 31, 2013.

Respectfully submitted,

/s/Kevin P. Mullen
Kevin P. Mullen, Esq.
Charles L. Capito, III, Esq.,
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Tel (202) 639-6024
Attorney of Record for *Amicus Curiae*
National Council of State Housing Agencies

Dated: January 30, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2013, the National Council of State Housing Agencies' Motion for Leave to File a Reply Brief and Reply Brief were served upon the parties through the Court's electronic filing system.

/s/ Kevin P. Mullen
Kevin P. Mullen